**In the Interest of S.M.W., Respondent,**

v.

**C.A.H., Appellant.**

**No. 50752.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 4, 1986.

Glenn Hunt, Clayton, for appellant.

Brian Paul Seltzer, Clayton, for respondent.

### ORDER

PER CURIAM:

Mother appeals from the action of the trial court in terminating her parental rights to S.M.W. The judgment is affirmed. Rule 84.16(b). See *In the Interest of M.A.J.,* 708 S.W.2d 809 (Mo.App.1986).

---

**George CAIN, Employee-Appellant,**

v.

**EMERSON ELECTRIC COMPANY,
Employer-Respondent.**

**No. 50964.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1986.

Robert Ballman, St. Louis, for employee-appellant.

Robert W. Herr, St. Louis, for employer-respondent.

### ORDER

Employee appeals the award of permanent partial disability by the Labor and Industrial Relations Commission in a Workers' Compensation case. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).